**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 472 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1758 |
| | : | WDA 2015 entered on October 17, |
| | : | 2016, **affirming** the Judgment of |
| ANGELA MARINUCCI, | : | Sentence of the Westmoreland County |
| | : | Court of Common Pleas at No. CP-65- |
| Petitioner | : | CR-0000850-2010 entered on July 1, |
| | : | 2015 |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Batts*, ___ A.3d ___, 2017 WL 2735411 (Pa. June 26, 2017), **LIMITED TO** the question of whether the instant judgment of sentence is unconstitutional under the Eighth Amendment, and therefore an illegal sentence. Allowance of appeal is **DENIED** in all other respects.